Charles E. Bauer, SBN# 124163
LAW OFFICE OF CHARLES E. BAUER
1007 7th Street, Suite 500
Sacramento, California  95814
Telephone: (916)443-0529
Fax: (916) 443-1511
Email: law.bauer@gmail.com

Attorney for Defendant
ANTONIO RAMIREZ SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANTIONIO RAMIREZ SANCHEZ,<br><br>　　　　　Defendant | Case No.: 2:09-CR-0244 MCE<br><br>STIPULATION AND ORDER VACATING DATE, RESETTING  BRIEFING SCHEDULE, CONTINUING CASE, AND EXCLUDING TIME |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Charles E. Bauer, Counsel for Defendant Antonio Ramirez Sanchez, that the judgment and sentencing hearings scheduled for September 30, 2010, be vacated and the matter be continued to this Court's criminal calendar on October 28, 2010 at 9:00 a.m., for judgment and sentencing.  This continuance is necessary to allow the prosecutor to further asses the 5k reduction.

　　　It is further stipulated that the period from the date of this stipulation through and including October 28, 2010 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

//

//

STIPULATION AND ORDER TO CONTINUE SENTENCING　　　- 1 -

IT IS SO STIPULATED.

Dated: September 22, 2010                          /s/  Charles E. Bauer
                                                   _____
                                                   Charles E. Bauer
                                                   Attorney for Defendant
                                                   ANTONIO RAMIREZ SANCHEZ


Dated: September 22, 2010                          /s/  Todd Leras
                                                   _____
                                                   Todd Leras
                                                   Assistant U. S. Attorney
                                                   Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.

DATED: September 27, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE